LINDA D. FRIEDMAN
JENNIFER S. GILBERT
STOWELL & FRIEDMAN, LTD.
321 S. Plymouth Court, Suite 1400
Chicago, Illinois 60604
(312) 431-0888 (ph)
(312) 431-0228 (fax)
lfriedman@sfltd.com
jgilbert@sfltd.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SARAH NYAMUSWA,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>Defendant. | Case No. 2:09-CV-02288-JCM-(PAL)<br><br>**ORDER** |

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Expunge and Amend Form U-5, and the Court having been provided with sufficient information, it is hereby ORDERED and ADJUDGED that:

1. THE MOTION TO EXPUNGE AND AMEND PLAINTIFF'S U-5 IS GRANTED. The Financial Industry Regulatory Authority ("FINRA") is ordered to Expunge and Amend Plaintiff's Form U-5 as follows:

> Question 3 on Ms. Nyamuswa's Form U-5, which currently reads: "DID NOT MEET REQUIREMENTS OF TRAINING PROGRAM," should be removed and the following language should be inserted in its stead: "VOLUNTARY RESIGNATION."

1

2. The Court recognizes that FINRA is not a party to this litigation and has therefore not been presented with an opportunity to object to this. Therefore, the Court executes this order, but stays its entry subject to the following conditions:

(1) Plaintiff shall file proof of service on FINRA with this Court;

(2) FINRA shall have 14 days from the date of service to file objections to this Order; and

(3) This Order shall only become final if no objections are filed within 14 days from the date of service.

DONE AND ORDERED in chambers at Las Vegas, Nevada this 9th day of August, 2010.

THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:   Counsel of record