LINDA D. FRIEDMAN
JENNIFER S. GILBERT
STOWELL & FRIEDMAN, LTD.
321 S. Plymouth Court, Suite 1400
Chicago, Illinois 60604
(312) 431-0888 (ph)
(312) 431-0228 (fax)
lfriedman@sfltd.com
jgilbert@sfltd.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH NYAMUSWA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY SMITH BARNEY LLC,<br><br>　　Defendant. | Case No. 2:09-CV-02288-JCM-(PAL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF
PLAINTIFF SARAH NYAMUSWA**

Plaintiff SARAH NYAMUSWA ("Nyamuswa"), by and through her undersigned attorneys, and Defendant MORGAN STANLEY SMITH BARNEY LLC ("MSSB"), by and through its undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal with prejudice of the claims of Nyamuswa pursuant to a certain Settlement Agreement and General Release.  All parties shall bear their own attorneys fees, costs, and expenses.

1
2  Dated: August 27, 2010
3
4  SARAH NYAMUSWA                          MORGAN STANLEY SMITH BARNEY LLC

5  By:   /s/ Jennifer S. Gilbert           By:   /s/ Brendan T. Killeen

6  Linda D. Friedman                       Brendan T. Killeen
   Suzanne E. Bish                         MORGAN, LEWIS & BOCKIUS LLP
7  Jennifer S. Gilbert                     101 Park Avenue
   STOWELL & FRIEDMAN LTD.                 New York, NY 10178
8  312 S. Plymouth Court, Suite 1400       212.309.6000
9  Chicago, IL  60604
   312.431.0888                            *Attorneys for Defendant*
10
11 *Attorneys for Plaintiff*

12
13
14                                         IT IS SO ORDERED:
15
                                           _____
16                                         THE HONORABLE JAMES C. MAHAN
                                           UNITED STATES DISTRICT JUDGE
17
                                                   September 16, 2010
18                                         DATED:_____

19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Jennifer S. Gilbert, an attorney, hereby certify that on August 27, 2010, I caused a true and correct copy of *Stipulation Of Dismissal With Prejudice Of The Claims Of Plaintiff Sarah Nyamuswa* to be served by filing with the Court via ECF to:

**Brendan T. Killeen,** *Bkilleen@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY  10178
(212) 309-6000

**Howard E. Cole,** *hcole@lrlaw.com*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8315

By:  /s/ Jennifer S. Gilbert

Linda D. Friedman
Jennifer S. Gilbert
**Stowell & Friedman, Ltd.**
321 S. Plymouth Court
Suite 1400
Chicago, Illinois  60604
(312) 431-0888
lfriedman@sfltd.com
jgilbert@sfltd.com

3